1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL GORDON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FORD MOTOR COMPANY,<br><br>　　　　Defendant. | Case No.: 2:21-cv-02175-JAM-DB<br><br>Judge: Hon. John A. Mendez<br>Magistrate: Hon. Judge Deborah Barnes<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES AND DEADLINES**<br><br>Trial Date: August 28, 2023 |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On November 29, 2022, the Parties filed a Joint Stipulation to Continue the Trial and Pre-Trial Dates and Deadlines.

The Court, having considered the Parties Joint Stipulation to Continue the Trial and Pre-Trial Dates and Deadlines and finding good cause therefor, hereby GRANTS the Joint Stipulation to Continue the Trial and Pre-Trial Dates and Deadlines and ORDERS as follows:

|  | Prior Date | New Date |
|---|---|---|
| Jury Trial | 8/28/23 at 9:00 a.m. | 11/27/23 at 9:00 a.m. |
| Final Pre-Trial Conference ("FPTC") | 7/21/23 at 10:00 a.m. | 10/20/23 at 10:00 a.m. |
| Hearings on Dispositive Motions | 4/25/23 at 1:30 p.m. | 7/25/23 at 1:30 p.m. |
| Last day to file Dispositive Motions | 2/24/23 | 5/26/23 |
| All Discovery Cut-Off | 1/13/22 | 4/14/23 |
| Initial Expert Disclosures (F.R.C.P 26(a)(2)) | 12/2/22 | 3/3/23 |
| Supplemental Expert Disclosures (F.R.C.P 26(a)(2)(c)) | 12/16/22 | 3/17/23 |

**IT IS SO ORDERED.**

DATED:  November 30, 2022          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE