# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

PAUL GORDON,

Plaintiff,

vs.

FORD MOTOR COMPANY, et al.,

Defendant.

Case No. 2:21-cv-02175-JAM-DB

Judge John A. Mendez

Magistrate Deborah Barnes

**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES**

Removal Date:   November 23, 2021

Trial Date:       November 27, 2023

## ORDER

The Court, having considered the Joint Stipulation to Continue the Trial Dates and Related Deadlines, filed by the Parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. The Joint Stipulation to Continue the Pretrial Conference and Trial and all related deadlines, including motions, and requests therein is **GRANTED**;
2. The Trial currently set for November 27, 2023 is hereby **VACATED**, as are all related deadlines;
3. Trial is **CONTINUED** to **February 26, 2024**, **at 09:00 AM**.
4. Pretrial Conference is **CONTINUED** to **January 19, 2024, at 10:00 AM**.
5. Hearing on Dispositive Motions is **CONTINUED** to **November 14, 2023**,

at **01:30 PM**.

6. Last Day to File Dispositive Motions is **CONTINUED** to **September 08, 2023**.

7. All Discovery Cut-Off is continued to **July 14, 2023**.

8. Initial Expert Disclosures are to be exchanged by **June 2, 2023**.

9. Supplemental Expert Disclosures are to be exchanged by **June 16, 2023**.

   **IT IS SO ORDERED**.

Dated: March 8, 2023          /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE