# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GORDON, | Case No. 2:21-cv-02175-JAM-DB |
| Plaintiff, | District Judge: Barbara Kronlund |
| vs. | **JUDGMENT** |
| FORD MOTOR COMPANY; TRACY FORD; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff PAUL GORDON ("Plaintiff") accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on November 14, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $160,000.00 pursuant to the terms of the Rule 68 Offer.

The 01/16/2024 Final Pretrial Conference and the 02/26/2024 Jury Trial are hereby **VACATED**.

The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: December 19, 2023    /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE