Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, Floor 19
Los Angeles, California 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
PAUL GORDON

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
JEANETTE SUAREZ (SBN: 255141)
KATHERINE P. VILCHEZ (SBN: 212179)
kvilchez@grsm.com
TRINA M. CLAYTON (SBN: 204215)
tclayton@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GORDON,<br><br>      Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>      Defendants. | Case No. 2:21-cv-02175-JAM-DB<br><br>**STIPULATION FOR ORDER TO CONTINUE JURISDICTION** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

This Stipulation is entered into by and between the Parties, Plaintiff PAUL GORDON ("Plaintiff") and Defendant FORD MOTOR COMPANY ("Defendant") (collectively "Parties"), by and through their respective attorneys of

1

record based upon the following facts:

WHEREAS, on December 12, 2023, Plaintiff accepted FORD MOTOR COMPANY's Rule 68 Offer;

WHEREAS, on November 14, 2023, this Court entered Judgment in favor of Plaintiff;

WHEREAS, accordingly, Plaintiff's Motion for Attorney's Fees and Application for Costs are currently due on January 16, 2024;

WHEREAS, the Parties request additional time to meet and confer regarding Plaintiff's fees and costs in an attempt to resolve the issue without burdening the Court;

WHEREAS, the Parties are in agreement that the Court continue the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from January 16, 2024 to March 18, 2024, and continue jurisdiction until Plaintiff's attorneys' fees, costs, and expenses are decided and funding satisfied.

THE PARTIES HEREBY STIPULATE, through the undersigned counsel, that the Court continue the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from January 16, 2024 to March 18, 2024 and continue jurisdiction until Plaintiff's attorneys' fees, costs, and expenses are decided.

//
//

| | | |
|---|---|---|
| 1 | DATED: January 16, 2024 | STRATEGIC LEGAL PRACTICES, APC |
| 2 | | |
| 3 | | By: /s/ *Tionna Carvalho* |
| | | Tionna Carvalho |
| 4 | | Attorney for Plaintiff |
| 5 | | PAUL GORDON |
| 6 | DATED: January 16, 2024 | GORDON REES SCULLY MANSUKHANI, LLP |

By: /s/ *Spencer P. Hugret*
Spencer P. Hugret
Jeanette Suarez
Katherine P. Vilchez
Trina M. Clayton
Attorney for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GORDON,<br><br>    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 2:21-cv-02175-JAM-DB<br><br>**ORDER GRANTING STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION** |

On January 16, 2024, both Parties filed a Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Stipulation and finding good cause therefore, hereby ORDERS as follows:

1. The Stipulation is **GRANTED**;
2. The Court **CONTINUES** the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from January 16, 2024 to **March 18, 2024**; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: January 16, 2024         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE