# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GORDON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FORD MOTOR COMPANY;<br>TRACY FORD, ET AL.,<br><br>　　　　Defendant. | Case No.: 2:21-cv-02175-JAM-DB<br><br>**ORDER GRANTING STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION** |

On March 12, 2024, both Parties filed a Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Stipulation and finding good cause therefore, hereby ORDERS as follows:

1. The Stipulation is **GRANTED**;
2. The Court **CONTINUES** the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from March 18, 2024 to **May 20, 2024**; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: March 14, 2024　　　/s/ John A. Mendez
　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE