# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GORDON,<br><br>      Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY; TRACY FORD,<br><br>      Defendants. | Case No.: 2:21-cv-02175-JAM-DB<br><br>**ORDER GRANTING STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION (ECF 37)** |

On May 16, 2024, both Parties filed a Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Stipulation and finding good cause therefore, hereby ORDERS as follows:

1. The Stipulation is **GRANTED**;
2. The Court **CONTINUES** the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from May 20, 2024, to **July 22, 2024**; and
3. The Court **RETAINS** Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: May 21, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE