# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GORDON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FORD MOTOR COMPANY,<br><br><br>　　　　Defendant. | Case No. 2:21-cv-02175-JAM-DB<br><br>District Judge: John A. Mendez<br><br>**ORDER (ECF No. 39)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff PAUL GORDON ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $72,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

　　Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $72,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by August 5, 2024. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

　　**IT IS SO ORDERED.**

Dated: June 06, 2024　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE