# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GORDON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, ET AL,<br><br>　　　　Defendants. | Case No.: 2:21-cv-02175-JAM-DB<br><br>Judge: Hon. John A. Mendez<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE (ECF No. 41)** |

## ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL

Upon the Request of the Plaintiff to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is **DISMISSED WITH PREJUDICE.**

Dated: August 06, 2024　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE